ROBERT, Appellant, v. POWELL, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by Francis B. Robert against Sarah H. Powell. No opinion. Application for leave to appeal to the court of appeals denied. See 57 N. Y. Supp. 1146.

ROBERTS v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. May 12, 1899.) Action by Thomas Roberts against the Third Avenue Railroad Company. No opinion. Motion granted, with $10 costs.

ROBINSON, Respondent, v. SUMMERVILLE & C. FERRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by William L. Robinson against the Summerville & Charlotte Ferry Company. No opinion. Order affirmed, with $10 costs and disbursements. See 56 N. Y. Supp. 1115.

ROSENHEIM v. STANDARD GASLIGHT CO. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by Julius T. Rosenheim against the Standard Gaslight Company. No opinion. Motion denied.

ROSENSTOCK et al., Appellants, v. MONTAGUE, Respondent. (City Court of New York, General Term. May 26, 1899.) Action by Samuel Rosenstock and others against Clara Montague. From an order in favor of defendant entered on a verdict directed by the court, plaintiffs appeal. Affirmed. Abner C. Thomas, for appellants. Robert L. Redfield, for respondent.

PER CURIAM. Judgment appealed from affirmed, with costs.

ROSEVELT, Appellant, v. HILL, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1899.) Action by Warren Rosevelt against Arthur Hill, individually and as executor, etc. No opinion. Judgment affirmed, with costs.

ROSS, Respondent, v. CAYWOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Lewis P. Ross against Chauncey C. Caywood and another impleaded, etc. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 1133.

ROSS, Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Kate Ross against Robert W. Gardner. A. Van Siclen, for appellant. I. N. Williams, for respondent. No opinion. Judgment affirmed, with costs.

RUPERT et al., Appellants, v. MOTT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Conrad Rupert and others against Philander Mott and another. No opinion. Judgment of the county court reversed, with costs, and the judgment of the justice's court affirmed, with costs.

SANDERSON et al., Appellants, v. SANDERSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Richard Sanderson and others against Thomas B. Sanderson, as executor, etc. No opinion. Judgment affirmed, with costs.

SAVAGE, Respondent, v. GERSTNER, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Henry W. Savage against Anthony W. Gerstner. No opinion. Order affirmed on argument, without costs. All concur. See 55 N. Y. Supp. 306.

SELLECK, Respondent, v. SELLECK, Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Ezra Selleck against John Selleck. No opinion. Judgment reversed, referee discharged, and a new trial granted, costs to abide the event, upon the authority of Bartow v. Sidwey, 72 Hun, 435–441, 29 N. Y. Supp. 179, and Gebhard v. Parker, 120 N. Y. 33, 23 N. E. 982.

SESS et al., Appellants, v. RICHEY et al., Respondents. (City Court of New York, General Term. May 26, 1899.) Action by Michael Sess and another against David Richey and another. From a judgment entered on a verdict for plaintiffs for nominal damages, plaintiffs appeal. Affirmed. Leopold Leo, for appellants. Henry C. Bryan, for respondents.

PER CURIAM. We concur in the verdict of the jury. They believed that, if plaintiffs had been allowed to perform their contract with defendants, they would have lost money, instead of making a profit. They evidently wished to prevent defendants from recovering two bills of costs herein. Therefore they rendered a verdict for plaintiffs for nominal damages, supposing that such a verdict would so save plaintiffs. A verdict in favor of defendants would have been justified by the evidence. After a careful perusal of the verdict, we think that no injustice was done plaintiffs. Judgment affirmed, with costs.

SHARMANN, Appellant, v. SCHOELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Julius Sharmann against Frederick Schoell and others. No opinion. Motion for reargument denied. See 56 N. Y. Supp. 498.

SHIELDS, Appellant, v. BOARD OF SUP'RS OF ONEIDA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Alice A. Shields against the board of supervisors of Oneida county. No opinion. Order affirmed, with costs.

SILAS et al., Appellants, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Henry H. Silas and another, as administrators, against Rochester Railway